IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant*. | No. 1:22-cv-03711 |

### JOINT STATUS REPORT

The parties in this Freedom of Information Act (FOIA) case submit this joint status report pursuant to the Court's order of June 30, 2023. The FOIA request at issue in this case is for "records pertaining to the Federal Bureau of Investigation's (FBI) interactions with and requests to social media and news platforms, including Facebook, to censor or 'be on high alert for' information in connection with the then-upcoming election, which according to Facebook's Mark Zuckerberg, resulted in censorship (or reduced 'distribution' which was 'meaningful') of information, including the Hunter Biden-related stories, on Facebook." Compl. ¶ 10, ECF No. 1. The parties have conferred and provide the Court with the following updates:

1. The FBI produced responsive, non-exempt records to Plaintiff on October 16, 2023, and March 8, 2024.

2. In conducting a search for a separate FOIA request, the FBI identified additional potentially responsive records to Plaintiff's request. The FBI is reviewing these additional records and will produce to Plaintiff responsive non-exempt records.

3. The FBI anticipates producing additional responsive non-exempt records on September 30, 2024.

4. Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve issues, the Parties do not yet know whether summary judgment briefing will be necessary. Thus, the Parties respectfully propose that the Court defer entering a briefing schedule at this time. The Parties further propose that they file a joint status report by December 5, 2024, updating the Court on the status of the case.

Dated: September 27, 2024                                   Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

/s/ Bonnie E. Devany
Bonnie E. Devany
Texas Bar No. 24131173
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel.:   (202) 616-8101
Email:  bonnie.e.devany@usdoj.gov
*Counsel for Defendant*

/s/ John A. Monaghan
JORDAN SEKULOW (D.C. Bar No. 991680)
 *COUNSEL OF RECORD*
STUART J. ROTH (D.C. Bar No. 475937)
BENJAMIN SISNEY (D.C. Bar. No. 1044721)
JOHN A. MONAGHAN (D.C. Bar. No. VA109)
American Center for Law and Justice
201 Maryland Avenue, NE
Washington, D.C. 20002

Telephone:   (202) 546-8890  
Facsimile:   (202) 546-9309  
Email:   bsisney@aclj.org  
         jmonaghan@aclj.org  
*Counsel for Plaintiff*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 27, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

                                                */s/ Bonnie E. Devany*
                                                BONNIE E. DEVANY