UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CENTER FOR LAW AND
JUSTICE,

            Plaintiff,

      v.                                    Civil Action No. 22-cv-3711 (SLS)

FEDERAL BUREAU OF INVESTIGATION,

            Defendant.

# EXHIBIT A

**From:**         (FBI)                           b5 -1
**Subject:** FW:                                    b6 -1
**To:**            (FBI)                           b7C -1
**Cc:**        (FBI);            (FBI);            b7E -4
         (FBI);          (FBI)
**Sent:** October 26, 2020 9:44 AM (UTC-04:00)
**Attached:**
Wondering if we can/should                    
           Let me know your thoughts.

---

**From:**        (FBI)                           b6 -1
**Sent:** Monday, October 26, 2020 9:29 AM              b7C -1
**To:**        (FBI)                       b7E -3
**Subject:**

                                            b5 -1
,                                             b6 -1,9

Here is the open-source report regarding the     account associated with         b7C -1,9
                                            b7E -4

Thanks,
-