UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>       Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>       Defendant. | Civil Action No. 22-cv-3711 (SLS) |

# EXHIBIT B

**From:** [ ] (FBI)  
**Subject:** Re: FBI warning about hack and leak?  
**To:** [ ] (FBI); [ ] (FBI)  
**Cc:**  
**Sent:** October 28, 2020 5:25 PM (UTC-04:00)

b6 -1  
b7C -1  
b7E -3

Alcon,

So I have spoken to Facebook several times about [                    ]

b7E -4

When the NY Post article came out, [                    ] We all said that we had no comment on it. Perhaps this made it up to Zuckerberg? Who knows?

Regards,

[  ]

b6 -1  
b7C -1  
b7E -2,3

---

**From:** [ ] (FBI) [                    ]  
**Sent:** Wednesday, October 28, 2020 02:19 PM  
**To:** [ ] (FBI) [                    ] (FBI) [                    ]  
**Cc:** [                    ]  
**Subject:** Fw: FBI warning about hack and leak?

b6 -1,9  
b7C -1,9  
b7E -3

Hi there,  
Our poc at NPO sent us questions about FB (see fwd email.) We haven't received any media inquiries, but are you aware of this? Is there any information I can pass along to her?  
Thanks!

☐

b6 -1  
b7C -1  
b7E -3

---

**From:** [                    ] (FBI) [                    ]  
**Sent:** Wednesday, October 28, 2020 2:13 PM  
**To:** [                    ] (FBI) [                    ]  
**Cc:** [                    ]  
**Subject:** Fw: FBI warning about hack and leak?

b5 -1  
b6 -1  
b7C -1  
b7E -3

Hey there, NPO is starting to get inquiries about Zuckerberg's congressional hearing where he mentioned the FBI warned FB to be aware of a potential hack and leak operation re: Hunter Biden. Let me know if you all have gotten inquiries or have other info to share. [                    ]

FBI (22-cv-3711)-126