UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>      Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>      Defendant. | Civil Action No. 22-cv-3711 (SLS) |

# EXHIBIT C

**From:**
**Subject:** RE: Referrals for Twitter - Response
**To:** (FBI)    b6 -1
**Cc:** (FBI); (FBI); (FBI);    b7C -1
(FBI)    b7E -3
**Sent:** June 2, 2020 4:34 PM (UTC-04:00)

EOC copies

---

**From:** (FBI)    b6 -1
**Sent:** Tuesday, June 2, 2020 1:30 PM    b7C -1
**To:**    b7E -3
**Cc:** (FBI) (FBI)
(FBI) (FBI)
**Subject:** Fw: Referrals for Twitter - Response

EOC,

For your awareness, I received notification of two Twitter accounts engaging in voter suppression and referred these to Twitter.  Twitter informed me they have just taken them down.  I've attached screenshots of the two accounts.  I'm in coordination with ___ to determine ___    b5 -1
___. No actions needed from EOC.

Regards,    b6 -1
___    b7C -1
b7E -2,3

---

**From:** (FBI)    b5 -1
**Sent:** Tuesday, June 2, 2020 01:23 PM    b6 -1,3
**To:** (FBI)    b7C -1,3
**Subject:** RE: Referrals for Twitter - Response    b7E -3

Thanks ___ for coordinating  these referrals. In the EM call today, we discussed with ___ the EOC tracking all activity related to the civil unrest activity, as Intel branch is pushing up a daily SITREP. Do you want to loop in ___

___

---

**From:** (FBI)    b6 -1
**Sent:** Tuesday, June 2, 2020 1:19 PM    b7C -1
**To:** (FBI) (FBI)    b7E -3
(FBI) (FBI) (FBI)
(FBI)
**Cc:** (FBI) (FBI)
**Subject:** Referrals for Twitter - Response

Alcon - see below from Twitter.  We are batting 1.000 so keep them coming.  Thanks.